UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAS ISAAC GUEVARA, | No.  2:26-cv-01149-KES-CDB (HC) |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE REGARDING PETITIONER'S PETITION |
| v. | (Doc. 1) |
| TODD M. LYONS, *et al.*, | **14-Day Deadline** |
| Respondents. | |

Petitioner Nehemias Isaac Guevara ("Petitioner"), a federal immigration detainee, initiated this action on March 27, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. 1).  Petitioner is in custody of Immigration and Customs Enforcement ("ICE") at the California City Correctional Center.  *Id.* ¶¶ 1, 3.  Petitioner filed a motion for temporary restraining order ("TRO") that same day.  (Doc. 2).  The Court directed Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders in similar cases.  (Doc. 3).

On March 31, 2026, Respondents filed a response.  (Doc. 6).  On April 2, 2026, the Court converted the motion to a motion for preliminary injunction and granted it.  (Doc. 7).  The assigned district judge referred the matter to the undersigned for further proceedings.  *Id.*

The undersigned will direct Respondents to file any supplemental briefing on the merits of Petitioner's petition for writ of habeas corpus (Doc. 1) and Petitioner to file any optional traverse.

1

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Within 14 days of entry of this order, Respondents SHALL FILE either (1) any supplemental briefing on the merits of the petition (Doc. 1), or (2) a statement of intent to file no further briefing; and

2. Petitioner may file an optional traverse to any supplemental briefing on the merits of the petition filed by Respondents no later than 14 days after service of the supplemental briefing.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

_____
UNITED STATES MAGISTRATE JUDGE