# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

NEHEMIAS ISAAC GUEVARA
(A-Number: 221-492-591),

Petitioner,

v.

Warden, California City Correctional
Center; Field Office Director, San Diego
Field Office, United States Immigration
and Customs Enforcement; Todd M.
Lyons, Acting Director, United States
Immigration and Customs Enforcement;
Kristi Noem, Secretary of Homeland
Security; Pamela Jo Bondi, United States
Attorney General,

Respondents.

Case No. 2:26-cv-01149-KES-CDB (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, DENYING
RESPONDENTS' MOTION TO DISMISS,
AND GRANTING PETITION FOR WRIT OF
HABEAS CORPUS

Docs. 1, 6, 10

Petitioner Nehemias Isaac Guevara is a former immigration detainee proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2241.  Doc. 1.  Petitioner filed a motion for temporary restraining order, which the Court converted to a motion for a preliminary injunction and granted.  Docs. 2, 7.  The Court referred the matter to the magistrate judge for further proceedings.  Doc. 7.

On June 8, 2026, the magistrate judge issued findings and recommendations, recommending that the petition be granted for the reasons set forth in the order granting preliminary injunction and that respondents' motion to dismiss be denied.  Doc. 10.  The findings

and recommendations were served on the parties and contained notice that any objections were to be filed within 14 days of service.  *Id.* at 4.  Respondents filed one-sentence objections stating that they object for the same reasons as set forth in their earlier briefing.  Doc. 11.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.  The findings and recommendations, Doc. 10, issued on June 8, 2026, are adopted in full.

2.  The petition for writ of habeas corpus, Doc. 1, is granted.

3.  Respondents' motion to dismiss, Doc. 6, is denied.

4.  If the government seeks to re-detain Nehemias Isaac Guevara petitioner (A-Number: 221-492-591), it shall hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.[1]

5.  The Clerk of the Court is directed to enter judgment in favor of petitioner and close the case.

IT IS SO ORDERED.

Dated:   July 15, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.

2